IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LUIS ARMANDO MORENO-AYALA,<br><br>Defendant. | 8:14CR136<br><br>ORDER |

This matter comes before the Court upon the United States' Motion for Dismissal of the Indictment. (Filing No. 1). The Indictment is hereby dismissed.

DATED this 19th day of October, 2015.

BY THE COURT:

_____
LAURIE SMITH CAMP
Chief United States District Judge